

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-21-00529-CR

Manuel M. **AYALA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9405
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant's brief was due on April 21, 2022. After no brief or motion for extension of time was timely filed, we ordered Appellant to file the brief or a motion for extension of time to file the brief by May 10, 2022.

Before the deadline, Appellant moved for a thirty-day extension of time to file the brief.

Appellant's motion is granted; the brief is due on June 8, 2022. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court